IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHONIA JACKSON, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | NO. 3:22-CV-85 |
| | § | Jury Demanded |
| THE CITY OF LA MARQUE, | § | |
| A Municipality, | § | |
| KIRK JACKSON, Individually, | § | |
| KENNETH HERNANDEZ, Individually, | § | |
| And | § | |
| GEOFFREY PRICE, Individually, | § | |
| Defendants. | § | |

**PLAINTIFF STEPHONIA JACKSON'S MOTION
TO RETAIN CASE ON CONDITIONAL DISMISSAL STATUS**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Stephonia Jackson, hereinafter called Plaintiff, requesting this Court to retain this case on conditional Dismissal status. In support of the same Plaintiff states the following:

1. This matter was settled in principle by the parties on August 9, 2022.

2. The parties have been working diligently to finalize the agreement since that time.

3. The matter was placed on Conditional Dismissal status on August 16, 2022, and the parties were to notify the Court if necessary if final settlement could not be reached on or before October 17, 2022, pursuant to court order.

4. The parties are still working to finalize agreement, however, one of the terms of agreement require the approval of a third-party state agency that we are still awaiting approval from. Parties believe that such response will be provided within the next 30 days.

5. Based on this, the parties are asking that the case be retained on Conditional Dismissal status until the settlement can be finalized.

WHEREFORE, Plaintiff with agreement from Defendant, requests that this case be retained on Conditional Dismissal status until settlement in this matter can be finalized or parties notify the Court that the case should be reopened.

Respectfully submitted,

_____
Charles J. Koen
*Attorney for Plaintiff*
Ms. Stephonia Jackson
TBN: 24078051
P.O. Box 331671
Houston, Texas 77233
713-385-4704 (Office)

## CERTIFICATE OF SERVICE

I hereby certify that on or about this October 17, 2022, I electronically filed the foregoing document, PLAINTIFF STEPHONIA JACKSON'S MOTION TO RETAIN CASE ON CONDITIONAL DISMISSAL STATUS, with the Clerk of the Court for the United States District Court for the Southern District of Texas, Houston Division, using the Electronic Case Filing (E.C.F.) system of the Court. The E.C.F. system sent a "Notice of Electronic Filing" to all listed Counsel who have consented, in writing, to accept this notice as service of this document by electronic means.

_____
Charles J. Koen