United States District Court
Southern District of Texas
**ENTERED**
November 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEPHONIA JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-85 |
| | § | |
| CITY OF LA MARQUE, *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The court was advised that a settlement has been reached between the plaintiff and the defendants. Accordingly, the court ordered that all claims against the defendants in the above-styled case were dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before Monday, November 21, 2022, that the settlement could not be completely documented. Dkt. 10. The court orders that the deadline to file such a writing is extended to **Monday, January 23, 2022.** If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Monday, January 23, 2022.

Signed on Galveston Island this 21st day of November, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE